# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| PRENTIS CORDELL JACKSON, | Civil No. 09-0845 (JRT/AJB) |
| Petitioner, | |
| v. | **ORDER** |
| JOAN FABIAN, MINNESOTA COMMISSIONER OF CORRECTIONS, | |
| Respondent. | |

Prentis Cordell Jackson, No. 221762, Minnesota Correctional Facility, 5329 Osgood Avenue North, Stillwater, MN 55082, *pro se* petitioner.

Matthew Frank, Assistant Attorney General, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL**, 445 Minnesota Street, Suite 1800, St. Paul, MN 55101, for respondent.

This matter is before the Court on petitioner's request for extension of time to respond to the Report and Recommendation. The Court finds that the petitioner has shown good cause for the requested extension. The Court will allow an extension of the due date from October 2, 2009 to October 19, 2009.

Based upon petitioner's motion, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

Petitioner's request for an extension of time to respond to the Report and Recommendation [Docket No. 17] is **GRANTED.** Petitioner's objections to the Report and Recommendation are due on October 19, 2009.

Dated: October 7, 2009                              s/ John R. Tunheim
at Minneapolis, Minnesota                           JOHN R. TUNHEIM
                                                    United States District Judge